

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-20465-BB

IVAN R. FREITES C., MIGUEL ENRIQUE OTERO, and JORGE ALEJANDRO RODRIGUEZ,

*Plaintiffs,*

v.

HORACIO MEDINA, et al.,

*Defendants.*

# PLAINTIFFS' MOTION FOR REMOTE ATTENDANCE AND LANGUAGE ACCOMMODATION AT EVIDENTIARY HEARING

Plaintiffs Rodriguez, Freites, and Otero, acting pro se, respectfully move this Honorable Court for accommodation at the evidentiary hearing scheduled for April 29, 2025, at 10:00 a.m., and state as follows:

1. Plaintiffs acknowledge the Court's order for an in-person evidentiary hearing on their pending Motion to Disqualify Sardi Law PLLC (ECF No. 51), scheduled before Magistrate Judge Marty Fulgueira Elfenbein.

2. Plaintiff Jorge Alejandro Rodriguez currently resides in Switzerland, and Plaintiff Miguel Enrique Otero resides in Spain. Traveling to Miami, Florida for an in-person hearing imposes significant logistical difficulties and undue financial burdens.

3. Plaintiffs Rodriguez and Otero respectfully request that the Court permit their attendance via Zoom or another appropriate remote video conferencing platform, ensuring their full participation while alleviating undue hardship.

4. Plaintiff Ivan Freites, who will be attending the hearing in person, is not proficient in English. Therefore, he respectfully requests permission from the Court to bring an electronic device (such as a mobile phone or tablet) into the courtroom to utilize automated translation applications. This accommodation will facilitate his effective participation and ensure he fully understands and can engage in the proceedings.

**WHEREFORE,** Plaintiffs respectfully request that the Court grant:

(a) Permission for Plaintiffs Rodriguez and Otero to attend the evidentiary hearing via Zoom or similar remote video conferencing technology; and

(b) Permission for Plaintiff Freites to bring and use an electronic device within the courtroom solely for language translation purposes.

Plaintiffs appreciate the Court's consideration and assistance in ensuring their meaningful participation.

*Dated:* April, 2025.

**Respectfully submitted,**

Ivan R. Freites C. (pro se)  *[signature]*

*Dated:*   April, 2025.

**Respectfully submitted,**

Dated: 10th April, 2025.

Miguel Enrique Otero (pro se)  *[signature]*

Jorge Alejandro Rodríguez (pro se)  *[signature]*

**Plaintiffs, pro se**

## CERTIFICATE OF SERVICE

Plaintiffs hereby certify that on April __, 2025, a true and correct copy of the foregoing motion was served via CM/ECF upon all parties and counsel of record.

*Dated: April, 2025.*

**Respectfully submitted,**

Ivan R. Freites C. (pro se)   */s/ Ivan R Freites/*