FILED BY_____MC_____D.C.

MAY 08 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-20465-BB

IVAN R. FREITES C., MIGUEL ENRIQUE OTERO, and JORGE ALEJANDRO RODRIGUEZ,

   *Plaintiffs*,　　　　　　　　　　v.

HORACIO MEDINA, et al.,

## JOINT NOTICE OF CHANGE OF ADDRESS AND PARTIAL WITHDRAWAL OF CONSENT TO ELECTRONIC SERVICE

Plaintiffs **Ivan R. Freites C., Miguel Enrique Otero C.,** and **Jorge Alejandro Rodriguez M.**, appearing pro se, respectfully notify the Court and all parties of the following changes regarding their contact information and method of service:

1. **Plaintiff Ivan R. Freites C.** hereby **withdraws his consent to electronic service** and **requests that all future service be made exclusively by U.S. Mail** at the following address:

    > **Ivan R. Freites C.**
    >
    > c/o Villasana
    >
    > 4370 NW 107th Ave, Apt. 102
    >
    > Doral, Florida 33178

2. **Plaintiff Miguel Enrique Otero C.** is to be served **electronically by email** at the following updated address:

    **Plaintiff.v.Medina@proton.me**

3. **Plaintiff Jorge Alejandro Rodriguez M.** is to be served **electronically by email** at the following updated address:

    **Plaintiff.2.v.Medina@proton.me**

These updates are effective immediately upon filing. Plaintiffs respectfully request that the Clerk of Court update the docket accordingly and that all parties ensure proper service moving forward in compliance with Federal Rule of Civil Procedure 5(b).

This Notice does not waive any pending objections or rights, including those relating to the disqualification of counsel and related matters.

Respectfully submitted,

/s/ **Ivan R. Freites C.**

Pro Se Plaintiff

c/o Villasana

4370 NW 107th Ave, Apt. 102

Doral, Florida 33178

/s/ **Miguel Enrique Otero C.**

Miguel Enrique Otero C.

Email: Plaintiff.v.Medina@proton.me

Pro Se Plaintiff


/s/ **Jorge Alejandro Rodriguez M.**

Jorge Alejandro Rodriguez M.

Email: Plaintiff.2.v.Medina@proton.me

Pro Se Plaintiff

**Certificate of Service**

I hereby certify that on , 2025, a true and correct copy of the foregoing **Document** was submitted to the Clerk of the Court, to be docketed and served via the Court's CM/ECF electronic filing system (or, if CM/ECF was unavailable to pro se parties, via electronic mail) upon the parties.

**Respectfully submitted,**

*Dated:* , 2025.