UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-20465-BLOOM/Elfenbein

IVAN R. FREITES, *et al.*,

    Plaintiffs,

v.

HORACIO MEDINA, *et al.*,

    Defendants.

_____/

**ORDER REFERRING MOTION TO MAGISTRATE JUDGE FOR A
REPORT AND RECOMMENDATIONS**

Pursuant to 28 U.S.C. § 636 and Local Magistrate Judge Rule 1, it is **ORDERED** that Plaintiffs' Expedited Post-Judgment Motion for Sanctions[,] Post Judgment Motion for Grievance Committee Referral, Sanctions, [and] Formal Ruling on Disqualification and Request for Evidentiary Hearing, ECF No. [172], is **REFERRED** to Magistrate Judge Marty Fulgueira Elfenbein for a Report and Recommendations.

Case No. 25-cv-20465-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 30, 2025.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record

Ivan Freites, Pro se
4370 NW 107 Ave Apt 102
Doral, FL 33178

Miguel Enrique Otero, Pro Se
Eichholzstrasse 2,
63l2-steinhausen, CH

Jorge Alejandro Rodriguez, Pro Se
Eichholzstrasse 2,
63l2-steinhausen, CH