

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-cv-20465-BB

IVAN R. FREITES C., MIGUEL ENRIQUE OTERO, and JORGE ALEJANDRO RODRIGUEZ,

Plaintiffs,

v.

HORACIO MEDINA, et al.,

Defendants.

PLAINTIFFS' NOTICE OF FILING EXHIBIT IN SUPPORT OF PLAINTIFFS' MOTION FOR DISQUALIFICATION OF COUNSEL (ECF 172)

Plaintiffs, Ivan R. Freites C., Miguel Enrique Otero, and Jorge Alejandro Rodriguez, acting pro se, hereby file the attached document in support of their pending Motion for Disqualification of Counsel filed as ECF 172.

Attached as Exhibit A is a true and correct copy of a machine-generated call log from Plaintiff Jorge Alejandro Rodriguez's Skype account.

> **Exhibit A:** *True and correct copy of machine-generated call log from Plaintiff Jorge Alejandro Rodriguez's Skype account.*

This record documents a call placed on June 24, 2020, to a telephone number attributed to defense witness Andres Gazso von Klingspor as can be corroborated in

1

a Google search of said number (Exhibit B).

**Exhibit B:** *Google search results corresponding to U.S. phone number **(954) 937-2065***.

This evidence directly corroborates Plaintiff Rodriguez's affidavit and contradicts the sworn declaration of Mr. Gazso, wherein he stated he has "never... spoken with" Mr. Rodriguez.

This filing serves to place into the record the dispositive documentary evidence referenced in Plaintiff Rodriguez's affidavit and further establishes the grounds for an evidentiary hearing to resolve the material factual conflict.

Respectfully submitted,

Ivan R. Freites C., Pro Se

c/o Villasana

4370 NW 107 Ave, Apt. 102

Doral, FL 33178

Miguel Enrique Otero

Jorge Alejandro Rodriguez

**Exhibit A:** *True and correct copy of machine-generated call log from Plaintiff Jorge Alejandro Rodriguez's Skype account.*

| Date/Time | Timestamp | Number | Country | Type |
|---|---|---|---|---|
| June 23, 2020 21:34 | 2020-06-23T21:34:59+00:00 | 173… | United States | Call |
| June 24, 2020 14:47 | 2020-06-24T14:47:59+00:00 | 13(… | United States | Call |
| June 24, 2020 14:51 | 2020-06-24T14:51:04+00:00 | 1302⁵ | United States | Call |
| June 24, 2020 14:51 | 2020-06-24T14:51:33+00:00 | 130 | United States | Call |
| June 24, 2020 14:52 | 2020-06-24T14:52:55+00:00 | 13^… | …ed States | Call |
| June 24, 2020 15:01 | 2020-06-24T15:01:10+00:00 | 130? | …ited States | Call |
| June 24, 2020 15:23 | 2020-06-24T15:23:27+00:00 | 417… | …rland | Call Forwarded |
| June 24, 2020 15:24 | 2020-06-24T15:24:00+00:00 | 1˙… | United States | Call |
| June 24, 2020 15:25 | 2020-06-24T15:25:00+00:00 | 18… | …nited States | Call |
| June 24, 2020 20:40 | 2020-06-24T20:40:52+00:00 | **19549372065** | United States | Call |
| June 25, 2020 17:01 | 2020-06-25T17:01:14+00:00 | … | … | … |

Exhibit A reveals the following dispositive information:

- **Source of Record:** The record is a screenshot of the call history from Plaintiff Rodriguez's Skype account, a service provided by Microsoft Corporation.
- **Date of Call:** The call was placed on **June 24, 2020**. This date falls squarely within the timeframe—"june 2020"—that Plaintiff Rodriguez identified in his sworn affidavit as the start of his communications with Andres Gazso.[1] This corroboration is precise and compelling.
- **Time of Call:** The call was initiated at 20:40 (8:40 PM).
- **Recipient Telephone Number:** The call was placed to the number **+1 (954) 937-2065**.
- **Location of Recipient Number:** The "+1" country code and "954" area code identify the number as being located in the United States, specifically in the Broward County, Florida, area.

Telephone number +1 (954) 937-2065 belongs to, is used by, or is otherwise under

the control of Andres Gazso von Klingspor as per Exhibit B. This is a specific, factual assertion that can be easily verified or refuted through discovery or at an evidentiary hearing, where Mr. Gazso can be questioned under oath about his use of this telephone number.

**Exhibit B:** *Google search results corresponding to U.S. phone number **(954) 937-2065**.*



## CERTIFICATE OF SERVICE

I hereby certify that on this day of August 2025, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Respectfully submitted,

Ivan R. Freites C., Pro Se

c/o Villasana

4370 NW 107 Ave, Apt. 102

Doral, FL 33178