IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-cv-20465

IVAN R. FREITES C, et al.,

    Plaintiffs,

v.

HORACIO MEDINA, et al.,

    Defendants.

_____/

**DEFENDANT HORACIO MEDINA'S NOTICE OF FILING EXHIBITS ADMITTED INTO EVIDENCE DURING THE JANUARY 6-7, 2026 EVIDENTIARY HEARING**

Defendant Horacio Medina, pursuant to Southern District of Florida Local Rule 5.3(b)(2), hereby submits the following exhibits admitted into evidence during the evidentiary hearing held on January 6 and 7, 2026:

| EXS. No | Description | Document Date | Bates Range | ECF No. |
|---|---|---|---|---|
| Defendant-A | Email chain between Plaintiff Jorge Alejandro Rodriguez and DRT attorneys regarding "Representation in Zürich / workers indemnization from CITGO and PDVSA - International law commercial, workers rights, civil rights and human rights." | October 26, 2022 to October 2, 2023 | Medina 0001 - 0004 | 59-13 |
| Defendant-AH | Time entry from Marta Colomar regarding "Telephone call with potential client Alejandro Rodriguez regarding potential claims against PdVSA." | October 2, 2023 | Medina 1199 | N/A |

DATED: January 8, 2026                Respectfully submitted,

                                                      **DIAZ, REUS & TARG, LLP**
100 Southeast Second Street, Suite 3400
Miami, Florida 33131
Telephone: (305) 375-9220
Facsimile: (305) 375-8050

By: /s/ *Javier Coronado Diaz*
Michael Diaz, Jr. (Fla. Bar No. 606774)
Attorney Email: mdiaz@diazreus.com
Marta Colomar Garcia (Fla. Bar No. 40869)
Attorney Email: mcolomar@diazreus.com
Javier Coronado Diaz (Fla. Bar No. 1047848)
Attorney Email: jcoronado@diazreus.com
Gabor Gazso von Klingspor (Fla. Bar No. 1058977)
Attorney Email: ggazso@diazreus.com
John Foster (Fla Bar No. 1059167)
Attorney Email: jfoster@diazreus.com

*Counsel for Defendant Horacio Medina*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed on January 8, 2026 with the Court's CM/ECF system, which will serve a true and correct copy thereof on all counsel of record, and served on *pro se* Plaintiffs by mail and email as follows:

Ivan R. Freites C.
4370 NW 107th Ave, Apt. 102, Doral, FL 33178.
freites.usdcsf.1.25.cv.20465.bb@gmail.com

Miguel Enrique Otero
c/o Eichholzstrasse 2 6312 Steinhausen, Switzerland
Plaintiff.v.Medina@proton.me

Jorge Alejandro Rodriguez
Eichholzstrasse 2 6312 Steinhausen, Switzerland
Plaintiff.2.v.Medina@proton.me

                                                          /s/ *Javier Coronado Diaz*
                                                           Javier Coronado Diaz