| | |
|---|---|
| **From:** | Marta Colomar Garcia |
| **To:** | Michael Diaz; Jorge Alejandro Rodriguez M. |
| **Cc:** | Javier Coronado; Jorge Schmidt; Isabela Hernandez-Peredo; MD Meetings |
| **Subject:** | Re: Representation in Zürich / workers indemnization from CITGO and PDVSA - International law commercial, workers rights, civil rights and human rights |
| **Date:** | Monday, October 2, 2023 12:06:19 PM |
| **Attachments:** | image412608.png |
| | image927090.png |

The link was sent last week. Resending

Elerit Wizzard is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://zoom.us/j/92990744032?pwd=VldlSy9ZUjVYOTlER0ZSY0ZWSm0zdz09

Meeting ID: 929 9074 4032
Passcode: 622659

---

One tap mobile
+13052241968,,92990744032#,,,,*622659# US
+16465588656,,92990744032#,,,,*622659# US (New York)

---

Dial by your location
• +1 305 224 1968 US
• +1 646 558 8656 US (New York)
• +1 646 931 3860 US
• +1 301 715 8592 US (Washington DC)
• +1 309 205 3325 US
• +1 312 626 6799 US (Chicago)
• +1 253 215 8782 US (Tacoma)
• +1 346 248 7799 US (Houston)
• +1 360 209 5623 US
• +1 386 347 5053 US
• +1 507 473 4847 US
• +1 564 217 2000 US
• +1 669 444 9171 US
• +1 669 900 9128 US (San Jose)
• +1 689 278 1000 US
• +1 719 359 4580 US
• +1 253 205 0468 US

Meeting ID: 929 9074 4032
Passcode: 622659

Find your local number: https://zoom.us/u/abhQrY7PFY


**Marta Colomar Garcia**
Administrative Managing Partner



Diaz, Reus & Targ, LLP
100 SE 2nd Street
Suite 3400 | Miami Tower
Miami, Florida 33131

Office: 305.375.9220
mcolomar@diazreus.com | www.diazreus.com

North America . Latin America . Europe . Asia . Middle East . Africa

    

NOTICE: The information contained in this electronic mail transmission is intended by this law firm for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply e-mail or calling the above telephone number (collect) so that our address record can be corrected. Thank you for your cooperation.

DIAZ, REUS & TARG LLP IS AN INTERNATIONAL LEGAL PRACTICE PROVIDING CLIENT SERVICES WORLDWIDE THROUGH ITS MEMBER FIRMS AND AFFILIATES. ANY REFERENCE TO A "PARTNER" MEANS A PERSON WHO IS A PARTNER, MEMBER, CONSULTANT, OR EMPLOYEE WITH EQUIVALENT STANDING AND QUALIFICATIONS IN ONE OF DIAZ REUS'

Medina-0001

MEMBER FIRMS OR AFFILIATES.

**From:** Michael Diaz <MDiaz@diazreus.com>
**Sent:** Monday, October 2, 2023 12:03:17 PM
**To:** Jorge Alejandro Rodriguez M. <jorge.r@intramaq.com>
**Cc:** Javier Coronado <jcoronado@diazreus.com>; Marta Colomar Garcia <mcolomar@diazreus.com>; Jorge Schmidt <jschmidt@diazreus.com>; Isabela Hernandez-Peredo <IHernandezPeredo@diazreus.com>; MD Meetings <MDMeetings@diazreus.com>
**Subject:** Re: Representation in Zürich / workers indemnization from CITGO and PDVSA - International law commercial, workers rights, civil rights and human rights

Are we having the call? No one is on.

**Michael Diaz**
Managing Partner | B.C.S.
Board Certified in International
Litigation and Arbitration



Diaz, Reus & Targ, LLP
100 SE 2nd Street
Suite 3400 | Miami Tower
Miami, Florida 33131
Office: 305.375.9220

MDiaz@diazreus.com | www.diazreus.com

North America . Latin America . Europe . Asia . Middle East . Africa



NOTICE: The information contained in this electronic mail transmission is intended by this law firm for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply e-mail or calling the above telephone number (collect) so that our address record can be corrected. Thank you for your cooperation.

DIAZ, REUS & TARG LLP IS AN INTERNATIONAL LEGAL PRACTICE PROVIDING CLIENT SERVICES WORLDWIDE THROUGH ITS MEMBER FIRMS AND AFFILIATES. ANY REFERENCE TO A "PARTNER" MEANS A PERSON WHO IS A PARTNER, MEMBER, CONSULTANT, OR EMPLOYEE WITH EQUIVALENT STANDING AND QUALIFICATIONS IN ONE OF DIAZ REUS' MEMBER FIRMS OR AFFILIATES.

On Sep 20, 2023, at 12:24 PM, Jorge Alejandro Rodriguez M. <jorge.r@intramaq.com> wrote:

Let's discuss it, we are all reasonable people.
Please suggest a time slot any day next week between 9.00 to noon Miami time.
Kind regards,

Jorge

On Wed, Sep 20, 2023, 5:50 PM Michael Diaz <MDiaz@diazreus.com> wrote:
> Hello Jorge, I'm happy to discuss with you sometime next week, but please understand we cannot and will not consider this case on a contingency fee / "contra resultados" basis given it's complexities and the amount of resources we need to dedicate to the case.
>
> **Michael Diaz**
> Managing Partner | B.C.S.
> Board Certified in International
> Litigation and Arbitration
>
> 
>
> Diaz, Reus & Targ, LLP
> 100 SE 2nd Street
> Suite 3400 | Miami Tower
> Miami, Florida 33131
> Office: 305.375.9220
>
> MDiaz@diazreus.com | www.diazreus.com
>
> North America . Latin America . Europe . Asia . Middle East . Africa

Medina-0002

NOTICE: The information contained in this electronic mail transmission is intended by this law firm for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply e-mail or calling the above telephone number (collect) so that our address record can be corrected. Thank you for your cooperation.

DIAZ, REUS & TARG LLP IS AN INTERNATIONAL LEGAL PRACTICE PROVIDING CLIENT SERVICES WORLDWIDE THROUGH ITS MEMBER FIRMS AND AFFILIATES. ANY REFERENCE TO A "PARTNER" MEANS A PERSON WHO IS A PARTNER, MEMBER, CONSULTANT, OR EMPLOYEE WITH EQUIVALENT STANDING AND QUALIFICATIONS IN ONE OF DIAZ REUS' MEMBER FIRMS OR AFFILIATES.

On Sep 20, 2023, at 11:28 AM, Jorge Alejandro Rodriguez M. <jorge.r@intramaq.com> wrote:

Hi Michael,

I hope this email finds you well.

I am writing to request an initial consultation with you regarding a case related to Petroleos de Venezuela S.A. (PDVSA) refering to litigation in Federal Court in the US of a case related to workers indemnization from CITGO and PDVSA - International law commercial, workers rights, civil rights and human rights.

The case relates to the collection of unpaid workers compensation for several thousands of workers in an amount estimated in several billion USD.

As you previously represented me and I am aware of some of your previous litigations in matters related to foreign firms as well as of your familiarity with Venezuelan substantive law and US Law in general, I therefore believe that your expertise in this area aligns with the specific needs of our case.

I am interested in discussing the details further and exploring potential legal strategies. . I understand that this consultation will be subject to client-attorney privilege, non-binding with respect to engagement of parties, and without any associated fees or costs unless specifically agreed upon in writing.

Would it be possible to arrange a consultation at your earliest convenience?

I am available from 10:00 am to 20:00 Central European (Zürich) time and can accommodate your preferred mode of consultation, whether it be in person, over the phone, or via video conference.

During our consultation, I hope to:

1. Provide a more comprehensive overview of the case.
2. Understand your approach to similar cases or issues.

3. Discuss potential legal remedies and strategies.
4. Address any questions or concerns you may have.
5. Clarify the next steps and potential timelines.

I understand that your time is valuable, and I greatly appreciate your consideration of our request. If you require any additional information or documentation ahead of our meeting, please do not hesitate to let me know.

Thank you for considering my request for consultation. I look forward to the opportunity to speak with you and potentially work together to address the matters related to PDVSA-CITGO.

Kind regards,

Jorge Alejandro Rodriguez

+41 79 272 00 69

On Wed, Oct 26, 2022, 23:11 Michael Diaz <MDiaz@diazreus.com> wrote:

Send more info on the case and what you need

**Michael Diaz**
Managing Partner | B.C.S.
Board Certified in International
Litigation and Arbitration



Diaz, Reus & Targ, LLP
100 SE 2nd Street
Suite 3400 | Miami Tower
Miami, Florida 33131
Office: 305.375.9220

MDiaz@diazreus.com | www.diazreus.com

United States . Latin America . Europe . Asia . Middle East . Africa



NOTICE: The information contained in this electronic mail transmission is intended by this law firm for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply e-mail or calling the above telephone number (collect)  so that our address record can be corrected. Thank you for your cooperation.

DIAZ, REUS & TARG LLP IS AN INTERNATIONAL LEGAL PRACTICE PROVIDING CLIENT SERVICES WORLDWIDE THROUGH ITS MEMBER FIRMS AND AFFILIATES. ANY REFERENCE TO A "PARTNER" MEANS A PERSON WHO IS A PARTNER, MEMBER, CONSULTANT, OR EMPLOYEE WITH EQUIVALENT STANDING AND QUALIFICATIONS IN ONE OF DIAZ REUS' MEMBER FIRMS OR AFFILIATES.

On Oct 26, 2022, at 4:27 AM, Jorge Alejandro Rodriguez M. <jorge.r@intramaq.com> wrote:

Hello Michael,
Hope it is all well with you, I see many success stories in the press.

I am looking for a Zürich based law firm in order to litigate/negotiate for  a breach of contract against a Swiss/German firm.

As it is related to the case you advised me on through 2013-2015 (Continental  vs. DMG), I thought you might have a representative firm here in Zürich.

Looking forward to hearing from you,

Jorge Alejandro Rodriguez

On Wed, Oct 7, 2020, 3:22 PM Michael Diaz <MDiaz@diazreus.com> wrote:

**Michael Diaz**
Managing Partner | B.C.S.
Board Certified in International Litigation and Arbitration



Diaz, Reus & Targ, LLP
100 SE 2nd Street
Suite 3400 | Miami Tower
Miami, Florida 33131
Office: 305.375.9220

MDiaz@diazreus.com | www.diazreus.com

United States . Latin America . Europe . Asia . Middle East . Africa



NOTICE: The information contained in this electronic mail transmission is intended by this law firm for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by, anyone other than the named addressee. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply e-mail or calling the above telephone number (collect)  so that our address record can be corrected. Thank you for your cooperation.

DIAZ, REUS & TARG LLP IS AN INTERNATIONAL LEGAL PRACTICE PROVIDING CLIENT SERVICES WORLDWIDE THROUGH ITS MEMBER FIRMS AND AFFILIATES. ANY REFERENCE TO A "PARTNER" MEANS A PERSON WHO IS A PARTNER, MEMBER, CONSULTANT, OR EMPLOYEE WITH EQUIVALENT STANDING AND QUALIFICATIONS IN ONE OF DIAZ REUS' MEMBER FIRMS OR AFFILIATES.

Medina-0004