# Activities Export

02/19/2025
9:59 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 10/02/2023 | 🕐 | Telephone call with potential client Alejandro Rodriguez regarding potential claims against PdVSA.<br>🟡 Non-billable | 7000.105<br>Business Development | Marta Colomar | 0.60h | $650.00 | $390.00 | - |
| | | | | | **0.60h** | | **$390.00** | **$0.00** |
| | | | | | | | 0.60h | 0.00h |