IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-cv-20465

IVAN R. FREITES C, et al.,

    Plaintiffs,

v.

HORACIO MEDINA, et al.,

    Defendants.

_____/

## CERTIFICATE OF COMPLIANCE RE ADMITTED EVIDENCE

Pursuant to Southern District of Florida Local Rule 5.3(b)(4), I, Javier Coronado Diaz, as counsel for the Defendant, Horacio Medina, hereby certify the following:

Check the applicable sections:

[X]  **ALL EXHIBITS E-FILED:** All documentary exhibits and photographs of non-documentary physical exhibits offered or introduced into evidence during the January 6-7, 2026 evidentiary hearing have been electronically filed in CM/ECF.

[ ]  **EXHIBITS NOT E-FILED:** The following is an itemized list of exhibits that are exempt from mandatory electronic filing pursuant to Local Rule 5.3(b)(3):
_____

_____

Any original exhibits that have been returned to or retained by the filing party after electronic filing shall be kept for safe keeping until the conclusion of any appeals. Upon order of court, the filing party agrees to return the original exhibits to the Clerk of Court.

This Certificate shall be filed within ten (10) days of the conclusion of a hearing or trial. Failure to timely comply with the requirements of Local Rule 5.3(b) may result in the imposition of sanctions.

DATED: January 12, 2026		Respectfully submitted,

                                           **DIAZ, REUS & TARG, LLP**
                                           100 Southeast Second Street, Suite 3400
                                           Miami, Florida 33131
                                           Telephone: (305) 375-9220
                                           Facsimile: (305) 375-8050

                                           By: /s/  *Javier Coronado Diaz*
                                           Michael Diaz, Jr. (Fla. Bar No. 606774)
                                           Attorney Email: mdiaz@diazreus.com
                                           Marta Colomar Garcia (Fla. Bar No. 40869)
                                           Attorney Email: mcolomar@diazreus.com
                                           Javier Coronado Diaz (Fla. Bar No. 558442)
                                           Attorney Email: jcoronado@diazreus.com
                                           Gabor Gazso von Klingspor (Fla. Bar No. 1058977)
                                           Attorney Email: ggazso@diazreus.com
                                           John Foster (Fla Bar No. 1059167)
                                           Attorney Email: jfoster@diazreus.com

                                           *Counsel for Defendant Horacio Medina*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed on January 12, 2026 with the Court's CM/ECF system, which will serve a true and correct copy thereof on all counsel of record, and served on *pro se* Plaintiffs by mail and email as follows:

    Ivan R. Freites C.
    4370 NW 107th Ave, Apt. 102, Doral, FL 33178.
    freites.usdcsf.1.25.cv.20465.bb@gmail.com

    Miguel Enrique Otero
    c/o Eichholzstrasse 2 6312 Steinhausen, Switzerland
    Plaintiff.v.Medina@proton.me

    Jorge Alejandro Rodriguez
    Eichholzstrasse 2 6312 Steinhausen, Switzerland
    Plaintiff.2.v.Medina@proton.me

                                                      /s/  *Javier Coronado Diaz*
                                                          Javier Coronado Diaz