UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-20465-BLOOM/Elfenbein

IVAN R. FREITES,

    Plaintiff,

v.

MEDINA, *et al.*,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon Plaintiffs Ivan R. Freites, Miguel E. Otero, and Jorge Alejandro Rodriguez's ("Plaintiffs") *pro se* Expedited Motion for Evidentiary Hearing and Relief from Final Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(2)–(3) ("Rule 60(b) Motion"), ECF No. [218], and Motion for Preliminary Injunctive Relief to Enjoin Improper Coordination Between Defense Counsel ("Motion for Injunction"), ECF No. [269] (collectively, the "Motions"). The Court referred the Motions to Magistrate Judge Marty Fulgueira Elfenbein for a Report and Recommendations. *See* ECF No. [226]; ECF No. [271]. Judge Elfenbein issued her Report and Recommendation on December 24, 2025, recommending that the Motions be denied. *See* ECF No. [307].

The Report and Recommendation further advised the parties they have "fourteen (14) days from the date of being served with a copy of th[e] Report and Recommendation within which to file written objections, if any, with [this Court]." *Id.* To date, the parties have not filed objections, nor have they sought additional time to file objections. Nonetheless, the Court has conducted a *de novo* review of Judge Elfenbein's Report and Recommendation and the record and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing

28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge Elfenbein's Report and Recommendation to be well reasoned and correct. The Court therefore agrees with the analysis and concludes that Plaintiffs' Motions are due to be denied.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Report and Recommendation, **ECF No. [307]**, is **ADOPTED**.

2. Plaintiffs' Rule 60(b) Motion, **ECF No. [218]**, is **DENIED**.

3. Plaintiffs' Motion for Injunction, **ECF No. [269]**, is **DENIED**.

4. Defendants' requests for the sanction of a pre-filing injunction against Plaintiffs contained in their Responses to Plaintiffs' Motions, *see* ECF No. [221] at 13–15; ECF No. [222]; ECF No. [272] at 12–14; and ECF No. [274], are **DENIED**.

**DONE and ORDERED** in Chambers in Miami, Florida, on January 12, 2026.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record

Ivan R. Freites C.
c/o Villasana
4370 NW 107th Ave, Apt. 102
Doral, FL 33178
PRO SE

Miguel Enrique Otero C.
Plaintiff.v.Medina@proton.me
Eichholzstrasse 2,
63l2-steinhausen, CH
PRO SE

Case No. 25-cv-20465-BLOOM/Elfenbein

Jorge Alejandro Rodriguez M.
Eichholzstrasse 2,
63l2-steinhausen, CH
Plaintiff.2.v.Medina@proton.me
PRO SE