Outlook

## Activity in Case 1:25-mc-25576-BB Medina Order on Motion to Quash

From cmecfautosender@flsd.uscourts.gov <cmecfautosender@flsd.uscourts.gov>
Date Mon 1/26/2026 7:40 PM
To flsd_cmecf_notice@flsd.uscourts.gov <flsd_cmecf_notice@flsd.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 1/26/2026 at 7:38 PM EST and filed on 1/26/2026
**Case Name:** Medina
**Case Number:** [1:25-mc-25576-BB](#)
**Filer:**
**WARNING: CASE CLOSED on 12/01/2025**
**Document Number:** 14(No document attached)

**Docket Text:**
**PAPERLESS ORDER denying ECF No. [9], Respondent's Motion to Quash. Respondent Ivan Freites shall comply with Medina's Subpoena by producing all responsive documents without further delay. Respondent Freites shall also appear for the deposition as scheduled. Memorandum Opinion to Follow. Signed by Judge Beth Bloom (jkk)**


**1:25-mc-25576-BB Notice has been electronically mailed to:**

Ibrahim Mohamed Amir     iamir@diazreus.com

Javier Dario Coronado Diaz     jcoronado@diazreus.com, ahovispo@diazreus.com, ihernandezperedo@diazreus.com, pcampo@diazreus.com

Marta Colomar     mcolomar@diazreus.com, ahovispo@diazreus.com, igreen@diazreus.com, IHernandezPeredo@diazreus.com, kaubin@diazreus.com, piwu@diazreus.com

**1:25-mc-25576-BB Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-

**888-318-2260.:**

Ivan Freites
5531 NW 112th Avenue
Apt 102
Doral, FL 33178